IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0522
 ((((((((((((((((

 In Re John M. O'quinn, P.C. D/B/A O'quinn & Laminack; John M. O'quinn &
 Associates, A Texas General Partnership; John M. O'quinn & Associates,
 L.L.P. D/B/A O'quinn & Laminack; John M. O'quinn Law Firm, P.L.L.C.;
 O'quinn & Laminack; And John M. O'quinn, Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to extend abatement, filed on February 24,
2010, is granted. This case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case will remain removed from the Court's active docket
until June 24, 2010, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 5th day of March, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk